946

No. 75-6289. MOORE v. CITY OF EAST CLEVELAND. Appeal from Court of Appeals of Ohio, Cuyohoga County. [Probable jurisdiction noted, 425 U. S. 949.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted, provided brief is filed within time allowed for filing of brief of party supported.

No. 75-1566. CASE v. COMMISSIONER OF PATENTS AND TRADEMARKS ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 75-1318. PEARSON v. DODD ET AL. Appeal from Sup. Ct. App. W. Va. Probable jurisdiction noted.

No. 75-1397. JUIDICE ET AL., JUDGES v. VAIL ET AL. Appeal from D. C. S. D. N. Y. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 75-1453. WOOLEY, CHIEF OF POLICE OF LEBANON, ET AL. v. MAYNARD ET UX. Appeal from D. C. N. H. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 75-1439. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari granted.

No. 75-1510. WEATHERFORD, AGENT OF THE SOUTH CAROLINA LAW ENFORCEMENT DIVISION, ET AL. v. BURSEY. C. A. 4th Cir. Certiorari granted.